**710**

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

and the court assessed the minimum punishment of two years in the penitentiary.

Appellant was seen to drive the car away from the owner's premises and was apprehended as he ran from the car after being followed by the owner and his sons.

There are no bills of exception, and the state discharged its burden fully regarding the introduction of proof on appellant's plea of guilty.

The judgment is affirmed.

Opinion approved by the Court.

### CASTANO v. STATE.
No. 26043.

Court of Criminal Appeals of Texas.

Nov. 19, 1952.

### LUCAS v. STATE.
No. 26041.

Court of Criminal Appeals of Texas.

Nov. 19, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted of an aggravated assault on a female, and his punishment assessed at a fine of $25.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in regular form.

The judgment is affirmed.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Upon a plea of guilty before the court, a jury being waived, appellant was convicted of felony theft of an automobile,